The Union News Company, Appellant, v. Continental Electric Construction Company, and Bituminous Casualty Company, Appellees.

Gen. No. 45,320. 

Louis C. Nettelhorst, for appellant; Hanson & Doyle for appellees; William E. Corrigan, of counsel. Opinion by JUSTICE LEWE. **Not to be published in full.** Opinion filed May 9, 1951; released for publication July 5, 1951.